STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Larry Lane Roy
Preis & Roy
P. O. Drawer 94-C
Lafayette LA 70509

Alyse Richard
Preis & Roy
102 Versailles Blvd., Ste 400
Lafayette LA 70509

**REHEARING ACTION: January 19, 2011**

**Docket Number: 10    01190-CW**

**BOBBY W. COLE
VERSUS
ARCH INSURANCE COMPANY,
ET AL.**

**Writ Application from Avoyelles Parish Case No. 2008-2533**

**BEFORE JUDGES:**

    **Hon. John D. Saunders
Hon. J. David Painter
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Arch Insurance Company and Gilchrist Construction**

**Company, LLC** has this day been

    **DENIED.**

cc: Terry Bennett Loup, Counsel for the Respondent